| AO 10 Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Teel, Jr., Samuel M. | U.S. Bankr. Ct. D.D.C. | 05/09/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Maryland Bankruptcy Bar Association | 05/04/18 to 05/05/18 | Annapolis, MD | Annual Spring Break Meeting | Hotel room, breakfast, lunch. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | BROKERAGE ACCOUNT #1B | | | | | | | | | |
| 2. | Schwab Govt Money Fund and cash swept therein | A | Dividend | | | Closed | 07/23/18 | M | | |
| 3. | Schwab Bank (name changed in 2019 to Charles Schwab Bank) | A | Interest | M | T | Open | 07/23/18 | M | | |
| 4. | Schwab Signature Bank (name changed in 2019 to Schwab Premier Bank) | A | Interest | L | T | Open | 12/14/18 | L | | |
| 5. | A O N PLC | A | Dividend | J | T | | | | | |
| 6. | Abbott Laboratories | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 7. | Accenture PLC CL A | A | Dividend | K | T | | | | | |
| 8. | Air Products & Chemicals | A | Dividend | K | T | | | | | |
| 9. | Alphabet Inc. (New Name for Google Inc. CL A VTG) | | None | K | T | | | | | |
| 10. | Ametek Inc. New (AME) | A | Dividend | J | T | | | | | |
| 11. | Amgen Inc. | A | Dividend | K | T | Sold (part) | 04/09/18 | J | A | |
| 12. | Amphenol Corp Class A | A | Dividend | K | T | | | | | |
| 13. | ANSYS INC (ANSS) | | None | K | T | | | | | |
| 14. | Apple Computer (AAPL) | A | Dividend | K | T | | | | | |
| 15. | Automatic Data Processing Inc (ADP) | A | Dividend | K | T | | | | | |
| 16. | Autozone Inc.(AZO) | | None | K | T | | | | | |
| 17. | Becton Dickinson & Co. | A | Dividend | K | T | Sold (part) | 01/03/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 12/11/18 | K | D | |
| 19. Celegene Corp (CELG) | | None | | | Sold | 02/05/18 | J | D | |
| 20. Check Point Software | | None | K | T | | | | | |
| 21. Church & Dwight Co. Inc. (CHD) | A | Dividend | K | T | | | | | |
| 22. Comcast | A | Dividend | K | T | | | | | |
| 23. Costco Wholesale | A | Dividend | K | T | | | | | |
| 24. CR Bard (merged with Becton Dickinson & Co. | | None | | | Merged (with line 17) | 01/02/18 | K | | |
| 25. Danaher Corp. Del. (DHR) | A | Dividend | K | T | | | | | |
| 26. Dr. Pepper Snapple Group | A | Dividend | | | Sold | 03/16/18 | K | E | |
| 27. Eastman Chemical [no gain on sale] | A | Dividend | | | Sold | 12/11/18 | J | | |
| 28. Ecolab Inc. (ECL) | A | Dividend | K | T | Sold (part) | 08/17/18 | J | C | |
| 29. Facebook Inc. | | None | | | Sold | 04/26/18 | K | D | |
| 30. Factset Research Sys. | A | Dividend | K | T | | | | | |
| 31. Fiserv Inc (FISV) | | None | K | T | | | | | |
| 32. Fortive Corp. | A | Dividend | K | T | | | | | |
| 33. Gartner Inc. | | None | K | T | | | | | |
| 34. Garrett Motion Inc.(Spinoff from Honeywell) | | None | | | Spinoff (from line 38) | 09/28/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 11/08/18 | J | A | |
| 36. Harris Corp. | A | Dividend | J | T | Sold (part) | 04/09/18 | J | B | |
| 37. Home Depot Inc. | A | Dividend | K | T | | | | | |
| 38. HONEYWELL INTL INC | A | Dividend | K | T | | | | | |
| 39. Idexx Labs Inc. (IDXX) | | None | K | T | Sold (part) | 02/05/18 | J | D | |
| 40. | | | | | Sold (part) | 12/11/18 | J | D | |
| 41. Illisnois Tool Works | A | Dividend | J | T | | | | | |
| 42. Intuit (INTU) | A | Dividend | K | T | Sold (part) | 04/09/18 | J | D | |
| 43. | | | | | Sold (part) | 08/17/18 | J | C | |
| 44. Lab Co. of Amer. Hldg. | | None | K | T | | | | | |
| 45. Marathon Pete Corp. | A | Dividend | J | T | | | | | |
| 46. Marriott Intl. Inc. Class A | A | Dividend | | | Sold | 12/11/18 | K | C | |
| 47. McCormick & Co Inc Non-Voting (MKC) | A | Dividend | K | T | Sold (part) | 02/05/18 | J | C | |
| 48. METTLER TOLEDO INTL | | None | K | T | Sold (part) | 08/17/18 | J | B | |
| 49. Microsoft Corp. | A | Dividend | K | T | Buy | 05/04/18 | J | | |
| 50. Moodys Corp. | A | Dividend | J | T | | | | | |
| 51. Nike Inc. Class B Common (NKE) | A | Dividend | K | T | Sold (part) | 08/17/18 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Phillips 66 | A | Dividend | K | T | | | | | |
| 53. PPG Industries Inc. | A | Dividend | | | Sold | 12/11/18 | K | B | |
| 54. Priceline Group [Name changed to Booking Holdings] [no gain on sale] | | None | | | Sold | 11/20/18 | K | | |
| 55. Public Storage Inc.(PSA) (appears under "Other Assets" on broker st't) | A | Dividend | J | T | | | | | |
| 56. | A | Distribution | | | | | | | |
| 57. RESIDEO TECHNOLOGIES INC (Spinoff from Honeywell) | | None | | | Spinoff (from line 38) | 10/29/18 | J | | |
| 58. | | | | | Sold (part) | 10/29/18 | J | A | |
| 59. | | | | | Sold | 11/08/18 | J | A | |
| 60. Roper Inds. Inc. New (ROP) (carried by broker as Roper Technologies) | A | Dividend | K | T | Sold (part) | 12/11/18 | J | D | |
| 61. RPM INTERNATIONAL | A | Dividend | | | Sold | 02/05/18 | K | B | |
| 62. Schein Henry Inc. (HSIC) | | None | K | T | | | | | |
| 63. Sherwin Williams Co. | A | Dividend | K | T | | | | | |
| 64. SNAP ON INC | | None | | | Sold | 02/05/18 | K | B | |
| 65. Starbucks Corp. | A | Dividend | K | T | | | | | |
| 66. Taiwan Semiconductors ADR | A | Dividend | K | T | | | | | |
| 67. Thermo Fisher Scientific Inc. (TMO) | A | Dividend | K | T | | | | | |
| 68. Toro Co (TTC) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Walt Disney Co. | A | Dividend | J | T | | | | | |
| 70. 3M Co.[no gain on sale of 12/11/18] | A | Dividend | J | T | Buy | 02/21/18 | K | | |
| 71. | | | | | Sold (part) | 12/11/18 | J | | |
| 72. COLORADO SPRINGS CO UTIL 4.75% DUE 11-15-25 | C | Interest | L | T | | | | | |
| 73. CO SPRINGS CO UT 4.75%25 COMB UTIL DUE 11/15/25CALLABLE 11/15/19 @ 100 | A | Interest | J | T | | | | | |
| 74. This is part of what I reported as CO SPRINGS on prior reports, but | | | | | | | | | |
| 75. the broker statements now separate out the part that is callable (this | | | | | | | | | |
| 76. part) from the part that is not callable. | | | | | | | | | |
| 77. Northside IDS 5.25% due 08/15/19 | C | Interest | | | Redeemed | 08/15/18 | K | | |
| 78. Pa. St. Tpk. due 06/01/2020 (mislisted last yr. as due 09/01/22) | C | Interest | L | T | | | | | |
| 79. PENNSYLVANIA ST 5% due 06/01/24 | B | Interest | L | T | | | | | |
| 80. PittsburghPA SCD Ref Ser D 5% due 09-01-22 mislisted last year as due | B | Interest | K | T | | | | | |
| 81. 06-01-20 | | | | | | | | | |
| 82. Clark Cnty NV SD 5%24 DB LTX Due 6/15/24 | B | Interest | L | T | | | | | |
| 83. TRINITY RIV TX WW 5% SWR UTIL DUE 08/01/24 | B | Interest | L | T | | | | | |
| 84. STATE OF OHIO 4%25 GO UTX DUE 03/01/25 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. Princeton NJ Regl. Sch. Dist. Rev. dtd 07/03/09 4.000% due 2/1/18 | A | Interest | | | Redeemed | 02/01/18 | K | | |
| 86. Schertz-Cibolo-Unvl City TX Indpt SC 5% due 02-01-25 | B | Interest | K | T | | | | | |
| 87. South Portland ME School Dist. Rev. 05-30-2012 4% 7-15-2021 | B | Interest | L | T | | | | | |
| 88. Washington St. Gen. Oblig. 4% due 07/01/20 | B | Interest | L | T | | | | | |
| 89. FORT WORTH TX 5%26 GO LTX DUE 03/01/26 CALLABLE 03/01/25 | | None | L | T | Buy | 09/14/18 | L | | |
| 90. LOUDOUN CNTY VA W/S 4%28 COMB UTIL DUE 01/01/28 CALLABLE 01/01/23 | A | Interest | K | T | Buy | 06/08/18 | K | | |
| 91. MA ST SCH BLDG A 3.05%28 EXCISE TAX DUE 08/15/28 CALLABLE 08/15/25 | | None | L | T | Buy | 08/29/18 | L | | |
| 92. SNOHOMSH CN WA SD15 5%28 GO UTX DUE 12/01/28 CALLABLE 06/01/24 | B | Interest | L | T | Buy | 04/18/18 | L | | |
| 93. | | | | | | | | | |
| 94. BROKERAGE ACCOUNT NO. 2 | | | | | | | | | |
| 95. Schwab Govt. Money Fund and cash to be swept therein. | A | Dividend | | | Closed | 07/23/18 | L | | |
| 96. Schwab Bank [Name changed in 2019 to Charles Schwab Bank] | A | Interest | M | T | Open | 07/23/18 | L | | |
| 97. A O N PLC | A | Dividend | K | T | | | | | |
| 98. Abbott Laboratories | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 99. Accenture PLC CL A | A | Dividend | J | T | | | | | |
| 100. AIR PROD & CHEMICALS | A | Dividend | J | T | | | | | |
| 101. Alphabet Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. AMERICAN TOWER CORP [Listed under Other Assets on broker st'ts.] | A | Dividend | K | T | Buy | 03/16/18 | J | | |
| 103. Ametek Inc New (AME) | A | Dividend | J | T | Sold (part) | 12/11/18 | J | A | |
| 104. Amgen | A | Dividend | | | Sold | 04/09/18 | J | C | |
| 105. Amphenol Corp New CL A | A | Dividend | J | T | | | | | |
| 106. Ansys Inc. | | None | J | T | | | | | |
| 107. Apple Computer (AAPL) | A | Dividend | K | T | | | | | |
| 108. Automatic Data Processing Inc | A | Dividend | K | T | | | | | |
| 109. Becton Dickinson & Co. | A | Dividend | J | T | Sold (part) | 01/03/18 | J | A | |
| 110. | | | | | Sold (part) | 12/11/18 | J | A | |
| 111. Celegene Corp | | None | | | Sold | 02/05/18 | J | C | |
| 112. Check Point Software | | None | J | T | | | | | |
| 113. Colgate-Palmolive Corp. | A | Dividend | K | T | Buy | 03/16/18 | J | | |
| 114. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 115. Comcast Corp. Class A | A | Dividend | J | T | | | | | |
| 116. Costco Wholesale | A | Dividend | J | T | | | | | |
| 117. CR Bard Inc.(Merged into Becton Dickinson) | A | Dividend | | | Merged (with line 109) | 01/03/18 | J | | |
| 118. Danaher Corp. | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. Eastman Chemical [no gain on sale] | A | Dividend | | | Buy | 02/21/18 | J | | |
| 120. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 121. | | | | | Sold | 12/11/18 | J | | |
| 122. Ecolab Inc. (ECL) | A | Dividend | J | T | | | | | |
| 123. Estee Lauder Co. Inc. | A | Dividend | K | T | Buy | 05/15/18 | K | | |
| 124. Facebook Inc. Cl A | | None | | | Sold | 04/26/18 | J | B | |
| 125. Factset Research Sys | A | Dividend | K | T | | | | | |
| 126. Fiserv Inc (FISV) | | None | J | T | | | | | |
| 127. Fortive Corp. | A | Dividend | J | T | Buy (add'l) | 03/16/18 | J | | |
| 128. Garrett Motion Inc.(Spinoff from Honeywell) | | None | | | Spinoff (from line 134) | 09/28/18 | J | | |
| 129. | | | | | Sold (part) | 10/01/18 | J | A | |
| 130. | | | | | Sold | 11/08/18 | J | A | |
| 131. Gartner Inc. | | None | J | T | Buy | 05/15/18 | J | | |
| 132. Harris Corp. | A | Dividend | J | T | | | | | |
| 133. Home Depot Inc. | A | Dividend | J | T | | | | | |
| 134. HONEYWELL INTL INC | A | Dividend | J | T | | | | | |
| 135. Idexx Labs Inc. (IDXX) | | None | J | T | Sold (part) | 02/05/18 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. Illinois Tool Works | A | Dividend | J | T | | | | | |
| 137. Intuit (INTU) | A | Dividend | J | T | | | | | |
| 138. Lab Co of Amer Hldg (LH) | | None | J | T | | | | | |
| 139. Marathon Pete Corp. | A | Dividend | J | T | | | | | |
| 140. McCormick & Co. Inc. | A | Dividend | J | T | | | | | |
| 141. METTLER TOLEDO INTL F | | None | J | T | | | | | |
| 142. Microsoft Corp. | A | Dividend | J | T | Buy | 05/04/18 | J | | |
| 143. Moodys Corp. | A | Dividend | J | T | Buy (add'l) | 02/21/18 | J | | |
| 144. Phillips 66 | A | Dividend | J | T | | | | | |
| 145. PPG Industries Inc. | A | Dividend | | | Sold | 12/11/18 | J | A | |
| 146. Priceline Group [Name changed to Booking Holdings 02/27/18] [no gain] | | None | | | Sold | 11/20/18 | J | | |
| 147. Public Storage Inc. (PSA) (Broker st't lists under "Other Assets") | A | Distribution | J | T | | | | | |
| 148. | A | Dividend | | | | | | | |
| 149. Resideo Technologies Inc. (Honeywell spinoff) | | None | | | Spinoff (from line 134) | 10/26/18 | J | | |
| 150. | | | | | Sold (part) | 10/29/18 | J | A | |
| 151. | | | | | Sold | 11/08/18 | J | A | |
| 152. Roper Indus. Inc. (ROP) | A | Dividend | J | T | Sold (part) | 12/11/18 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153.  RPM INTERNATIONAL | A | Dividend | | | Sold | 02/05/18 | J | A | |
| 154.  SCHEIN HENRY INC (HSIC) | | None | J | T | | | | | |
| 155.  Sherwin Williams Co. | A | Dividend | K | T | | | | | |
| 156.  SNAP ON INC | | None | | | Sold | 02/05/18 | J | A | |
| 157.  STARBUCKS CORP | A | Dividend | J | T | | | | | |
| 158.  Taiwan Semiconductor F ADR | A | Dividend | J | T | | | | | |
| 159.  Thermo Fisher (TMO) | A | Dividend | K | T | | | | | |
| 160.  Toro Co (TTC) | A | Dividend | K | T | | | | | |
| 161.  Walt Disney Co. | A | Dividend | J | T | Buy (add'l) | 05/15/18 | J | | |
| 162.  3M Co. [No gain on sale.] | A | Dividend | J | T | Buy | 02/21/18 | J | | |
| 163. | | | | | Sold (part) | 12/11/18 | J | | |
| 164.  MARYLAND ST 5%25 GO UTX DUE 08/01/25 PRE-REFUNDED 08/01/22 | A | Interest | K | T | Buy | 03/02/18 | K | | |
| 165.  Pa. St G/O 5% due 04-01-26 | B | Interest | K | T | | | | | |
| 166.  Salt Lake CN UT S 2.5%25 Excise Tax due 02/01/25 | A | Interest | K | T | | | | | |
| 167.  State of Ohio 4%25 GO UTX Due 03/01/25 Callable 03/01/24 at 100 | A | Interest | K | T | | | | | |
| 168.  FORT WORTH TX 5%26 GO LTX DUE 03/01/26 CALLABLE 03/01/25 | | None | K | T | Buy | 09/13/18 | K | | |
| 169.  FL ST B/E PUB ED 2.8%27 ALLC TAX DUE 06/01/27 Callable 06/01/24 at 100 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. Va. Commonwealth 5% due 06/01/19 | B | Interest | K | T | | | | | |
| 171. WASHINGTON ST 4% VP DUE 07/01/20 | A | Interest | K | T | | | | | |
| 172. LOUDOUN CNTY VA W/S 4%28 COMB UTIL DUE 01/01/28 CALLABLE 01/01/23 | A | Interest | K | T | Buy | 06/07/18 | K | | |
| 173. MA ST SCH BLDG A 3.05%28 EXCISE TAX DUE 08/15/28 CALLABLE 08/15/25 | | None | K | T | Buy | 08/28/18 | K | | |
| 174. SNOHOMSH CN WA SD15 5%28 GO UTX DUE 12/01/28 CALLABLE 06/01/24 | B | Interest | K | T | Buy | 04/18/18 | K | | |
| 175. U.S. Treasury Bill | A | Interest | | | Buy | 05/24/18 | K | | |
| 176. | | | | | Redeemed | 08/23/18 | K | | |
| 177. | | | | | | | | | |
| 178. MUTUAL FUND HELD WITH MUTUAL FUND CO. DIRECTLY | | | | | | | | | |
| 179. Fidelity Puritan Fund | A | Dividend | K | T | | | | | |
| 180. --Capital gain distributions | D | Distribution | | | | | | | |
| 181. | | | | | | | | | |
| 182. BANK ACCOUNTS: | | | | | | | | | |
| 183. Wells Fargo money mkt. Acct. | A | Interest | K | T | | | | | |
| 184. Wells Fargo (Wachovia Bank) checking account | A | Interest | J | T | | | | | |
| 185. State Dept. Fed. Credit Union | | None | | | Closed | 06/29/18 | J | | |
| 186. Justice Dept. FCU | A | Interest | | | Closed | 06/28/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. PNC Bank | A | Interest | J | T | | | | | |
| 188. | | | | | | | | | |
| 189. IRA ACCOUNT NO. 1: | | | | | | | | | |
| 190. --Schwab Govt. Money Fund | A | Dividend | | | Closed | 07/23/18 | J | | |
| 191. --Schwab Bank | | | J | T | Open | 07/23/18 | J | | |
| 192. --Ametek Inc New | A | Dividend | J | T | | | | | |
| 193. --Amphenol Corp. Class A | A | Dividend | J | T | | | | | |
| 194. --ANSYS INC | | None | J | T | | | | | |
| 195. --Autozone Inc. | | None | J | T | | | | | |
| 196. --Becton Dickinson & Co. (got in merger of C R Bard into this company) | A | Dividend | J | T | Open | 01/02/18 | J | | |
| 197. [The sale is of fractional shares of Becton Dickinson in the merger | | | | | Sold (part) | 01/03/18 | J | A | |
| 198. for which cash was received in lieu of shares & treated as a sale.] | | | | | | | | | |
| 199. --Church & Dwight Inc | A | Dividend | J | T | | | | | |
| 200. --Comcast | A | Dividend | J | T | | | | | |
| 201. --Costco | A | Dividend | J | T | | | | | |
| 202. --C R Bard (merged with Becton Dickinson) | | None | | | Merged (with line 196) | 01/02/18 | J | | |
| 203. --FED. FARM CREDIT SYSTEM 3%23 DUE 04/25/23 CALLABLE 04/25/19 | A | Int./Div. | J | T | Buy | 05/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 204.  --Intuit | A | Dividend | J | T | | | | | |
| 205.  --Lab Co. of Amer. Hldg. | | None | J | T | | | | | |
| 206.  --Marathon Pete Corp. | A | Dividend | J | T | Buy | 02/21/18 | J | | |
| 207.  --RPM Int'l | A | Dividend | | | Sold | 02/05/18 | J | A | |
| 208.  --Taiwan Semiconductor | A | Dividend | J | T | | | | | |
| 209.  --Target Corp bond 3.875% 07/15/2020 | A | Interest | K | T | | | | | |
| 210.  --Toro Co. | A | Dividend | J | T | | | | | |
| 211.  --Walt Disney Co. | A | Dividend | J | T | Buy | 02/21/18 | J | | |
| 212. | | | | | | | | | |
| 213.  IRA ACCOUNT NO. 2: | | | | | | | | | |
| 214.  --Schwab Govt. Money Fund | A | Dividend | | | Closed | 07/23/18 | J | | |
| 215.  --Schwab Bank | A | Interest | J | T | Open | 07/23/18 | J | | |
| 216.  FARM CREDIT SYSTEM 3%23 DUE 04/25/23 CALLABLE 04/25/19 | A | Interest | J | T | Buy | 05/16/18 | J | | |
| 217.  --APPLE INC 2.85%23 DUE 02/23/23 | A | Interest | J | T | | | | | |
| 218.  --MICROSOFT CORP 4.2%19 DUE 06/01/19 | A | Interest | J | T | | | | | |
| 219.  --Ansys | | None | J | T | | | | | |
| 220.  --Autozone Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. --Becton Dickinson & Co. | A | Dividend | J | T | Sold (part) | 12/11/18 | J | A | |
| 222. --Church & Dwight | A | Dividend | J | T | | | | | |
| 223. --Comcast | A | Dividend | J | T | | | | | |
| 224. --Costco Wholesale | A | Dividend | J | T | | | | | |
| 225. --Facebook Inc. Class A | | None | | | Sold | 04/26/18 | J | A | |
| 226. --Fiserv Inc. | | None | J | T | | | | | |
| 227. Garrett Motion Inc. (spinoff from Honeywell) | | None | | | Spinoff (from line 232) | 10/01/18 | J | | |
| 228. | | | | | Sold (part) | 10/01/18 | J | A | |
| 229. | | | | | Sold | 11/08/18 | J | A | |
| 230. --Gartner Inc. | | None | J | T | | | | | |
| 231. --Harris Corp. | A | Dividend | J | T | | | | | |
| 232. --HONEYWELL INTL INC | A | Dividend | J | T | | | | | |
| 233. --Laboratory Corp. of America Hldgs. | | None | J | T | | | | | |
| 234. --McCormick & Co. Inc Non Voting | A | Dividend | J | T | | | | | |
| 235. --Nike Inc. Class B | A | Dividend | J | T | | | | | |
| 236. Resideo Technologies Inc. (Spinoff from Honeywell) | | None | | | Spinoff (from line 232) | 10/29/18 | J | | |
| 237. | | | | | Sold (part) | 10/29/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. | | | | | Sold | 11/08/18 | J | A | |
| 239. --RPM INTERNATIONAL | A | Dividend | | | Sold | 02/05/18 | J | A | |
| 240. --Schein Henry Inc. | | None | J | T | | | | | |
| 241. --Starbucks Corp. | A | Dividend | J | T | | | | | |
| 242. --Taiwan Semiconductor Mfg ADR | A | Dividend | J | T | | | | | |
| 243. | | | | | | | | | |
| 244. INSURANCE POLICIES (CASH SURRENDER VALUES): | | | | | | | | | |
| 245. Mass Mutual Life Ins. Co. (S is insured) | B | Dividend | L | T | | | | | |
| 246. Mass. Mutual Life Ins. Co. (I am insured) | B | Dividend | L | T | | | | | |
| 247. General American Life Ins. Co. (now known as MetLife) | | None | K | T | | | | | |
| 248. | | | | | | | | | |
| 249. REAL PROPERTIES: | | | | | | | | | |
| 250. House No. 1 ("O/C") in Chesterfield Co., Va. | E | Rent | M | S | | | | | |
| 251. Assessed 01/31/19, effective 01/01/19, at $199,300 at 100% of value | | | | | | | | | |
| 252. House, Richmond, Va. Assessed on June 25, 2018 | D | Rent | M | S | | | | | |
| 253. at 100% of value as of 01/01/2018 at $189,000 | | | | | | | | | |
| 254. House, Property No. 2 in Chesterfield Co., Va. | E | Rent | M | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. Assessed 01/31/19, effective 01/01/19, at $226,100 at 100% of value | | | | | | | | | |
| 256. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Samuel M. Teel, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544